USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __8/4/20__

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

July 29, 2020

VIA ECF
Hon. Alison J. Nathan
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

> The Initial Pretrial Conference in this matter
> is hereby adjourned to September 18, 2020
> at 3:45 P.M.  The conference will be
> conducted remotely, and the Court will
> issue further instructions at a later time.

Re:   *Ali Mohsen v. Barr, et al.*, No. 20 Civ. 4668 (AJN)

Dear Judge Nathan:

This Office represents the government in the above referenced action in which plaintiff seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Application to Adjust Status (Form I-485).  The government received service of the complaint on July 6, 2020, making the government's response due on September 4, 2020, pursuant to Rule 12(a)(2) of the Federal Rules of Civil Procedure.  I write respectfully to request that the initial conference presently scheduled for August 7, 2020 be adjourned to a date at least one week after the September 4 response date.  The adjournment is requested to afford USCIS the time set forth in the Federal Rules so that it can investigate this matter and formulate its position in this litigation, and also to allow the parties additional time to confer.  I also respectfully request that any pre-trial conference be held telephonically.  This is the government's first request to adjourn the conference.  Plaintiff's counsel consents to these requests.

I thank the Court for its consideration of these requests.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:   _s/ Rebecca R. Friedman_____
Rebecca Friedman
Assistant United States Attorney
Telephone:  (212) 637-2614
Facsimile:   (212) 637-2686
E-mail:  rebecca.friedman@usdoj.gov

cc

SO ORDERED.        8/4/20
ALISON J. NATHAN, U.S.D.J.