**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 23, 2020

VIA ECF
Hon. Alison J. Nathan
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/2020
```

      Re:    *Mohsen v. Barr, et al.*, No. 20 Civ. 4668 (AJN)

Dear Judge Nathan:

      This Office represents the government in the above referenced action in which plaintiff seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Application to Adjust Status (Form I-485). I write to respectfully request an extension of time of approximately 45 days to respond to the complaint in the above-referenced matter (*i.e.*, from November 3, 2020 to December 17, 2020). I also respectfully request that the initial conference presently scheduled for November 6, 2020 be adjourned to a date at least one week after December 17, 2020. Plaintiff consents to both requests.

SO ORDERED. *Alison J. Nathan*
10/26/2020

      The extension and adjournment are respectfully requested because USCIS has issued a G56 interview notice with a request for further evidence, and plaintiff's interview has been scheduled for November 17, 2020. The government anticipates that the requested extension will provide adequate time for USCIS to interview the plaintiff, receive and review the additional evidence, and determine what next steps may be necessary.

      This is the government's second request for an extension of the deadline to respond to the complaint and to adjourn the initial conference. The Court granted the government's previous requests for an adjournment of the initial conference, *see* ECF No. 14, and for an extension of time to respond to the complaint. *See* ECF No. 16.

      I thank the Court for its consideration of these requests.

> The conference is adjourned to January 8, 2021 at 3:45 PM.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:   *s/ Rebecca R. Friedman*
      Rebecca R. Friedman
      Assistant United States Attorney
      Telephone: (212) 637-2614
      E-mail: rebecca.friedman@usdoj.gov

cc: Counsel of record (via ECF)