**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

December 28, 2020

VIA ECF
Hon. Alison J. Nathan
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/5/2021

    Re:    *Mohsen v. Barr, et al.*, No. 20 Civ. 4668 (AJN)

Dear Judge Nathan:

    This Office represents the government in the above referenced action in which plaintiff seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Application to Adjust Status (Form I-485). I write to respectfully request that the initial conference presently scheduled for January 8, 2021 be adjourned to February 5, 2021. Plaintiff consents to the request.

    The adjournment is respectfully requested because USCIS issued a Notice of Intent to Deny ("NOID") plaintiff's I-485 application on December 16, 2020. Plaintiff has 33 days from the date of the NOID to offer a rebuttal and provide the requested evidence. The government anticipates that the requested adjournment will provide time for plaintiff to provide the NOID response and for USCIS to review the response.

    This is the government's third request to adjourn the initial conference. The Court granted the government's previous requests for an adjournment of the initial conference, *see* ECF Nos. 14 and 18.

    I thank the Court for its consideration of this request.

**SO ORDERED.**

*[signature]*
1/4/2021

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:    *s/ Rebecca R. Friedman*
        Rebecca R. Friedman
        Assistant United States Attorney
        Telephone: (212) 637-2614
        E-mail: rebecca.friedman@usdoj.gov

cc: Counsel of record (via ECF)